IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | | |
|---|---|---|
| NORTHERN ARAPAHO TRIBE, for itself and as *parens patriae* | ) ) ) | CV-16-11-BLG-BMM (Lead Case) CV-16-60-BLG-BMM |
| Plaintiff, | ) ) | (consolidated) |
| vs. | ) ) ) | ORDER GRANTING NORTHERN ARAPAHO TRIBE'S UNOPPOSED MOTION TO |
| U.S. DEPARTMENT OF THE INTERIOR; | ) ) ) | EXTEND TIME TO RESPOND AND REPLY AND TO MODIFY WORD COUNT |
| KEVIN HAUGRUD, in his official capacity as Acting Secretary, United States Department of the Interior; and DARRYL LaCOUNTE, in his official capacity as Director, Rocky Mountain Regional Office, BIA, et al. | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Plaintiff having submitted its Unopposed Motion to Extend Time to Respond and Reply and to Modify Word Count and having shown sufficient cause for the same, IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.

DATED this 1st day of February, 2017.

_____
Brian Morris
United States District Court Judge