# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| NORTHERN ARAPAHO TRIBE, for itself and as *parens patriea*,<br><br>Plaintiff,<br><br>v.<br><br>DARRYL LaCOUNTE, LOUISE REYES, NORMA GOURNEAU, RAY NATION, MICHAEL BLACK, and other unknown individuals in their individual and official capacities. | CV-16-11-BLG-BMM<br><br>CV-16-60-BLG-BMM<br><br>**ORDER on Eastern Shoshone Tribe's Motion to Intervene and to Participate in April 27, 2017 Settlement Conference** |

The Court has before it Applicant Shoshone Tribe of the Wind River Reservation's, or Eastern Shoshone Tribe's, Motion to Intervene and to Participate in the April 27, 2017 Settlement Conference. Doc. 157. The Court has reviewed the Motion and corresponding briefing. The Eastern Shoshone Tribe shall be permitted to participate in the April 27, 2017 Settlement Conference before United States Magistrate Judge Johnston. The Court grants the Eastern Shoshone Tribe's Motion to Intervene to the extent that it is allowed to participate in the Settlement Conference. The Court otherwise takes the Motion under advisement.

1

The Eastern Shoshone Tribe shall submit its confidential settlement statement in letter form not to exceed ten (10) pages, including attachments, to this Court on or before 5:00 p.m. on April 20, 2017.

The Court will hold an ex parte telephone conference with counsel for the Eastern Shoshone Tribe on April 19, 2017 at 4:00 p.m. MT. The Court will inform counsel for the Eastern Shoshone Tribe of the call-in information.

Accordingly, **IT IS ORDERED:**

1. The Eastern Shoshone Tribe's Motion to Intervene (Doc. 157), is **GRANTED** to the extent that it shall be allowed to participate in the Settlement Conference on April 27, 2017.

2. The Court otherwise takes the Eastern Shoshone Tribe's Motion to Intervene (Doc. 157), **UNDER ADVISEMENT**.

DATED this 18th day of April, 2017.

_/s/ Brian Morris_
Brian Morris
United States District Court Judge