UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NORTHERN ARAPAHO TRIBE,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>DARRYL LaCOUNTE, et al.,<br><br>　　　Defendants.<br><br>NORTHERN ARAPAHO TRIBE,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>　　　Defendants. | No. 1:16-cv-11-BMM<br>No. 1:16-cv-60-BMM<br><br>(consolidated)<br><br>ORDER GRANTING JOINT MOTION TO EXTEND PARTIES' TIME TO RESPOND TO MOTION BY SHOSHONE TRIBE OF WIND RIVER RESERVATION TO INTERVENE |

Before this Court is the joint consent motion of the Plaintiff Northern Arapaho Tribe and Federal Defendants in these consolidated actions for a 13-day extension of time to respond to the Motion of the Shoshone Tribe of the Wind River Reservation to Intervene, (Doc. 163). For good cause shown therein, it is hereby ORDERED that:

　　　1.　　The joint motion of Plaintiff and Defendants (Doc. 163) is GRANTED; and it is further ORDERED that:

1

2. Plaintiff and Defendants will file their respective responses to the Motion of the Shoshone Tribe of the Wind River Reservation to Intervene no later than May 9, 2017.

DATED this 27th day of April, 2017.

_____
Brian Morris
United States District Court Judge