UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NORTHERN ARAPAHO TRIBE, for itself and as *parens patriea*, <br><br> Plaintiff, <br><br> vs. <br><br> DARRYL LaCOUNTE, LOUISE REYES, NORMA GOURNEAU, RAY NATION, MICHAEL BLACK, and other unknown individuals in their individual and official capacities, <br><br> Defendants. | Case No. CV-16-11 -BLG-BMM <br> CV-16-60-BLG-BMM <br> (consolidated) <br><br><br> JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

**IT IS ORDERED** that NAT's Motion for Partial Summary Judgment (Doc. 130) is GRANTED IN PART AND DENIED IN PART. Federal Defendant's Cross Motion for Summary Judgment is GRANTED IN PART AND DENIED IN PART.

Dated this 23rd day of June, 2017.

TYLER P. GILMAN, CLERK

By: /s/ A. Carrillo
Deputy Clerk